HIRAM FRIEDMAN ET AL. v. MARIA F. VAN ANTWERP ET AL.

**Redemption of Property Sold for Taxes may be Had by Payment of Taxes and Penalty before Confirmation of Sale.**

Under Gen. Code 2667, 2669, 2670, 2671, relating to actions by county treasurers for recovery of unpaid taxes, an owner of real estate, ordered sold in satisfaction of a lien for unpaid taxes or assessments, may redeem the property at any time before confirmation by payment of such taxes or assessments with penalties.

ERROR to common pleas court.

*H. H. Friedman*, for plaintiffs in error.

*Thomas B. Paxton*, for defendants in error.

## SMITH, P. J.

Under Gen. Code 2667, 2669, 2670 and 2671 relating to actions by treasurers of counties for recovery of unpaid taxes or assessments, the court is of the opinion that the owner or owners of the real estate ordered sold to enforce the lien of such taxes or assessments may redeem the same at any time before the confirmation of the sale thereof.

The record in the above case discloses that before confirmation of the sale to plaintiffs in error of the real estate described in the petition, the court allowed the owners to redeem the same upon the payment of all liens for taxes, assessments, penalties, etc., due.

We find no error in the court overruling the motion of the purchasers to confirm the sale to them, and the judgment therefore will be affirmed.

**Swing** and **Jones, JJ.**, concur.